Derek BURBAGE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 255, 2015

Supreme Court of Delaware.

Submitted: December 23, 2015

Decided: March 1, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1406022376.

AFFIRMED.

Justyn WILSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 24, 2016

Supreme Court of Delaware.

Submitted: January 21, 2016
Decided: March 1, 2016
Reargument Denied March 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0911019557.

DISMISSED.

Ronald BOYCE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 397, 2015

Supreme Court of Delaware.

Submitted: December 23, 2015

Decided: March 1, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1405014161.

AFFIRMED.

Jermaine E. LEATHERBURY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 423, 2015

Supreme Court of Delaware.

Submitted: December 21, 2015
Decided: March 1, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1303015116.

AFFIRMED.